THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WHITMAN,

---

* Revd., 251 N. Y. 152.

Otherwise Known as CARL RENEE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.